COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



SOCORRO MORENO,


 Appellant,


v.


MARIA CASTILLO,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-09-00144-CV



Appeal from the


327th District Court


of El Paso County, Texas


(TC#2008-1949)


MEMORANDUM OPINION


 Pending before the Court is Appellant's Motion to Dismiss Restricted Appeal pursuant to
Tex.R.App.P. 42.1(a)(1). Appellant represents to the Court that all matters in controversy in the
underlying lawsuit have been settled and dismissal will not prevent any party from seeking relief to
which it would otherwise be entitled. Appellant's motion complies with the requirements of Rule
42.1(a)(1). We have considered the cause on the motion and conclude that the motion should be
granted. We dismiss the appeal. Costs are taxed against the Appellant. See Tex.R.App.P. 42.1(d).


 GUADALUPE RIVERA, Justice


July 22, 2009


Before Chew, C.J., McClure, and Rivera, JJ.

Chew, C.J., not participating